UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| HWA SEON LEE, individually<br><br>Plaintiffs,<br><br>vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY aka TRAVELERS, a corporation<br><br>Defendants. | No. 3:23-cv-05242-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**(Clerk's Action Required)** |

**STIPULATION**

COME NOW the Plaintiff and Defendants, by and through their undersigned attorneys of record, and stipulate that the above captioned matter be dismissed with prejudice and without award of costs or fees to either party.

Signed this _____ day of September, 2023.

_____
Michael Yahn, WSBA #35615
Attorney for Plaintiff

Signed this _____ day September, 2023.

*/s/ Ashley A. Nagrodski*
Ashley A. Nagrodski, WSBA #40847
John E. Barton, WSBA #45529
Attorneys for Defendants

59i1098

STIPULATION AND ORDER OF DISMISSAL - Page 1
No. 3:23-cv-05242-BHS

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

## ORDER OF DISMISSAL

The Court having considered the foregoing Stipulation, and having reviewed the files and records herein and having been fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above captioned matter is dismissed with prejudice and without award of costs or fees to any party.

DATED this 6th day of October, 2023.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

| | |
|---|---|
| Michael Yahn, WSBA #35615 | Ashley A. Nagrodski, WSBA #40847 |
| Attorney for Plaintiff | John E. Barton, WSBA #45529 |
| | Attorneys for Defendants |

59i1098

STIPULATION AND ORDER OF DISMISSAL - Page 2
No. 3:23-cv-05242-BHS

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, I certify under penalty of perjury and the laws of the State of Washington that: On the below date, I delivered a true and correct copy of DECLARATION OF JOHN BARTON RE: RECORDS AND PROCEEDINGS IN STATE COURT ACTION via the method indicated below to the following party(ies) at their address(es) listed:

**Counsel for Plaintiff**
Michael Yahng, WSBA #35615
MY Law Group, PLLC
33309 1st Way South, A104
Federal Way, WA 98003
mylawgroup@hotmail.com
annette.mylawgroup@hotmail.com

|     | Method |
| --- | --- |
|     | Via Hand Delivery |
|     | Via U.S. Mail, postage prepaid First Class |
|     | Via Facsimile |
| **XXX** | Via Electronic Mail [per ECF E-Service] |

DATED October 6, 2023 at Seattle, Washington.

_s/Melanie Kent_
Melanie Kent

59i1098

STIPULATION AND ORDER OF DISMISSAL - Page 3
No. 3:23-cv-05242-BHS

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580